SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff,
DENNIS COOPER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS COOPER,<br><br>    Plaintiff,<br><br>vs.<br><br>EVA FRAGOSO D/B/A BEAUTY STAR HAIR SALON; JUAN DE DIOS FRAGOSO HIONG; and DOES 1 to 10,<br><br>    Defendants. | Case No.: 5:25-cv-01416-SSS (SHKx)<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Attorneys for Plaintiff DENNIS COOPER ("Plaintiff") and Defendants EVA FRAGOSO D/B/A BEAUTY STAR HAIR SALON and JUAN DE DIOS FRAGOSO HIONG stipulate that this Court dismiss the above-captioned action in its entirety.  Each party shall bear his/her/its own costs and attorneys' fees.

\\

\\

\\

\\

\\

Respectfully submitted,

DATED: November 6, 2025      SO. CAL. EQUAL ACCESS GROUP

By: ___/s/  Jason J. Kim_____
    Jason J. Kim
    Attorneys for Plaintiff

DATED: November 6, 2025

By: ___/s/ Eva Fragoso_____
    Defendant EVA FRAGOSO D/B/A
    BEAUTY STAR HAIR SALON, as in pro se

DATED: November 6, 2025

By: ___/s/ Juan De Dios Fragoso Hiong___
    Defendant JUAN DE DIOS FRAGOSO
    HIONG, as in pro se

### Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason J. Kim, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: November 6, 2025          By: /s/ Jason J. Kim
    Jason J. Kim

## PROOF OF SERVICE

I, Ricardo Torres, am a resident of the United States and of the county aforesaid; I am over the age of eighteen years and not a party to the within entitled action; my address is

101 S. Western Avenue
Second Floor
Los Angeles, California 90004

On November 6, 2025, I served the foregoing document by placing the true copies thereof enclosed in sealed envelopes addressed as follows:

| Eva Fragoso | Juan De Dios Fragoso Hiong |
| 14446 Tawney Ridge Lane | 14446 Tawney Ridge Lane |
| Victorville CA 92394 | Victorville CA 92394 |

DOCUMENT(S): **JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**

(X)   BY U.S. POSTAL MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.

( )   BY PERSONAL SERVICE: I delivered a true copy of the foregoing document(s) in a sealed envelope by hand to the above addressee(s).

( )   BY FACSIMILE: I caused said document(s) to be transmitted by facsimile to the address(es) set forth above during normal business hours. Said transmission was verified as complete and without error.

( )   BY OVERNIGHT DELIVERY / FEDEX EXPRESS: I caused said envelope(s) to be sent overnight delivery by FedEx Express to the address(es) set forth above.

( )   BY ELECTRONIC MAIL: I transmitted the foregoing document by electronic mail to the email address(es) set forth above during normal business hours. Said transmission was verified as complete and without error.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Executed on November 6, 2025, at Los Angeles, California.

*/s/ Ricardo*